FILED

12/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0675

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause Number DA 24-0675

PATTI SCHUBERT and STEVE SCHUBERT,

Appellants,

-vs-

JEREMY TOEPP and TYNAGH TOEPP,

Appellees.

On Appeal from the Thirteenth Judicial District Court, County of Yellowstone, as Cause No. DV-56-2021-1326

## ORDER GRANTING APPELLANTS'
## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Appellants are granted an additional thirty (30) days from December 26, 2024, up to and including January 27, 2025, to file their opening brief.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

cc:  Michael F. McGuinness, Atty. for Appellants
Kellie Gaston Sironi, Atty. for Appellees

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 24 2024